UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK CHADWICK, JR.,

           Plaintiff,

-against-

TAPPAN ZEE CONSTRUCTORS, LLC.,

           Defendant.

**ORDER**

21-CV-08294 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in this case. (*See* Doc. 26). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                                      SO ORDERED:

Dated:  White Plains, New York
          August 11, 2022

                                      PHILIP M. HALPERN
                                      United States District Judge